UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| KATHERENE C. TILLEMANS, | ) | 2:12-CV-00127-PMP-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Defendant. | ) | |

     On November 20, 2012, the Honorable Robert J. Johnston, United States Magistrate Judge, entered a Report and Recommendation (Doc. #23) recommending denial of Plaintiff's Motion for Reversal (Doc. #9) and granting of Defendant's Cross-Motion to Affirm the Decision of the March 8, 2010 Administrative Law Judge James S. Carletti which was affirmed by the Appeals Council of the Social Security Administration on December 2, 2011.

     On January 7, 2013, Plaintiff filed Exceptions to the Magistrate's Findings and Recommendations (Doc. #27). The Court has conducted a *de novo* review of the proceedings above, and finds that the Report and Recommendations of the United States Magistrate Judge (Doc. #23) should be affirmed.

///

**IT IS THEREFORE ORDERED** that Plaintiff's Exceptions to Magistrate's Findings and Recommendations (Doc. #27) are **OVERRULED** and the Report and Recommendation of United States Magistrate Judge Robert J. Johnston (Doc. #23) is hereby **AFFIRMED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Reversal (Doc. #9) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Cross-Motion to Affirm (Doc. #16) is **GRANTED**.

DATED this 28th day of January, 2013.

_____
PHILIP M. PRO
United States District Judge